UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA                    Docket No: 1:07-mj-01170

    -against-

                                        **NOTICE OF APPEARANCE**

OSCAR SANTANA ANA GALLEGOS

-----------------------------------------------------------

TO:    CLERK

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO [X] YES -IF YES
      GIVE YOUR DATE OF ADMISSION: MO _July_ YR _1971_

I DO HEREBY CERTIFIY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _NEW YORK_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: NEW YORK, NEW YORK
       September 6, 2007

                                    SIGNATURE _____s/_____

                                    _Martin L. Schmukler_ (MLS2464)_____
                                   Attorney for Defendant

                                  _Martin L. Schmukler, P.C._____
                                   Firm name if any

                                  _41 Madison Ave., Suite 5B_____
                                   Street address

                                  __New York_____ New York_____ 10010__
                                   City                  State          Zip

                                  _212- 213-9400_____
                                   Telephone No.